PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. John Gordon Lussier**

**Docket No. 0:00CR00171-3(DWF)**

**Petition on Probation**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John Gordon Lussier** who was sentenced for Aiding and Abetting Assault with a Dangerous Weapon on January 17, 2001, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, Minnesota, who fixed the period of supervision at three (3) years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug aftercare
- Urinalysis testing
- Abstain from alcohol and bars

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

MANDATORY CONDITION: The defendant shall not illegally possess a controlled substance.

On December 10, 2004, Mr. Lussier submitted to a drug test which was positive for cocaine.

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall perform 25 hours of community service, as approved by the probation officer.

ORDER OF THE COURT

Considered and ordered this 7th day of February, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank

c: United States Sentencing Commission

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on February 4, 2005
Place Bemidji

SCANNED
FEB 07 2005
U.S. DISTRICT COURT ST. PAUL