Prob 49

# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

United States v. John Gordon Lussier

Docket No. 0:00CR00171-003(DWF)

## HEARING WAIVER

I, John Gordon Lussier, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

The defendant shall perform 25 hours of community service, as approved by the probation officer.

Signed: John Lussier

John Gordon Lussier
Supervised Releasee

Dated: 2-2-05

Witness: Joan L. White

Joan L. White
U.S. Probation Officer

SCANNED
FEB 07 2005
U.S. DISTRICT COURT ST. PAUL