PROB 12 (Rev. 11/1/2004)

**FILED BY CLERK OF COURT**

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. John Gordon Lussier**

**Docket No. 0:00CR00171-3(DWF)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John Gordon Lussier** who was sentenced for Aiding and Abetting Assault with a Dangerous Weapon on January 17, 2001, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Drug aftercare
- Substance abuse testing
- Abstain from alcohol and bars
- February 7, 2005: Conditions were modified to include 25 hours of community service

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: Mr. Lussier shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

On April 18, 2004, Mr. Lussier was arrested by the Red Lake Police Department for disorderly conduct. His girlfriend, Marianne Brun, requested that he be removed from their residence as he was intoxicated. On June 18, 2004, he was convicted of Disorderly Conduct in Red Lake Tribal Court and was given a suspended fine.

On October 3, 2004, Mr. Lussier was intoxicated and passed out in the back bedroom of a residence on the Red Lake reservation where a homicide occurred. He told his supervising probation officer that he was watching a football game in a back bedroom at the time of the homicide.

SCANNED
FEB 2 5 2005
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

The defendant shall be placed on an alcohol detection device for a period of 90 days. The defendant shall not be responsible for the costs of the program. Additionally, the defendant is required to remain at his residence during the hours of 9:00 p.m. to 6:00 a.m. each day for random testing purposes.

ORDER OF THE COURT

Considered and ordered this 25th day of Feb, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Joan L. White
U.S. Probation Officer

Executed on February 24, 2005
Place Bemidji

c: United States Sentencing Commission