Prob 49

## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

United States v. John Gordon Lussier

Docket No. 0:00CR00171-003(DWF)

## HEARING WAIVER

I, John Gordon Lussier, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall be placed on a alcohol detection device for a period of 90 days and the defendant shall not be responsible for the costs of the program. Additionally, the defendant is required to remain at his residence during the hours of 9:00pm to 6:00am each day for random testing purposes.

Signed: John Lussier

John Gordon Lussier
Supervised Releasee

Dated: 2-23-05

Witness: Joan L. White

Joan L. White
U.S. Probation Officer

SCANNED
FEB 25 2005
U.S. DISTRICT COURT ST. PAUL