++
/PROB 12 (Rev. 11/1/2004)

FILED BY CLERK OF COURT

# United States District Court

**for the**

**DISTRICT OF MINNESOTA**

**United States v. John Gordon Lussier**

**Docket No. 0:00CR00171-003(DWF)**

**Petition on Supervised Release**

COMES NOW **Joan L. White**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **John Gordon Lussier** who was sentenced for Aiding and Abetting Assault with a Dangerous Weapon on January 17, 2001, by the Honorable Donovan W. Frank, sitting in the court at St. Paul, MN, who fixed the period of supervision at 3 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Alcohol Restrictions
- Alcohol Treatment
- Drug Treatment
- Substance Abuse Testing
- Financial Disclosure
- Do Not Frequent Bars

Modified as of February 7, 2005:
- 25 hours of Community Service

Modified as of February 25, 2005:
- Placement on an Alcohol Detection Device
- Curfew for 90 Days

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

SPECIAL CONDITION: The defendant shall be placed on an alcohol detection device for a period of 90 days. The defendant shall not be responsible for the costs of the program. Additionally, the defendant is required to remain at his residence during the hours of 9:00 p.m. to 6:00 a.m. each day for random testing purposes.

On June 11, 2005, the defendant failed to respond twice when contacted for a breathalyser.

SPECIAL CONDITION: The defendant shall abstain from the use of alcohol and other intoxicants and not frequent establishments whose primary business is the sale of alcoholic beverages.

The defendant admitted he failed to submit to a breathalyser because he was under the influence of alcohol on June 11, 2005.

SCANNED
JUN 15 2005
U.S. DISTRICT COURT ST. PAUL

PRAYING THAT THE COURT WILL ORDER That conditions of supervision be modified to include the following.

> The defendant shall reside in a community corrections center until his supervised release expiration date of August 20, 2005, as approved by the probation officer and shall observe the rules of that facility.

ORDER OF THE COURT

Considered and ordered this 15th day of June, 2005, and ordered filed and made a part of the records in the above case.

Honorable Donovan W. Frank
U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

for Joan L. White
U.S. Probation Officer

Executed on June 14, 2005
Place Bemidji

c: United States Sentencing Commission