Prob 49

**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

United States v. John Gordon Lussier

Docket No. 0:00CR00171-003(DWF)

## HEARING WAIVER

I, John Gordon Lussier, have been advised and understand that I have a statutory right under Rule 32.1, F.R.Crim.P., to a hearing and assistance of counsel in connection with the proposed modification of the conditions of my supervision.

I hereby voluntarily waive my statutory right to such a hearing and to assistance of counsel in regard to the following modification of my supervision conditions:

> The defendant shall reside in a community corrections center until his supervised release expiration date of August 20, 2005 as approved by the probation officer and shall observe the rules of that facility.

Signed: John Lussier

John Gordon Lussier
Supervised Releasee

Dated: 6-14-05

Witness: Joan L. White

Joan L. White
U.S. Probation Officer

SCANNED
JUN 15 2005
U.S. DISTRICT COURT ST. PAUL